FILED
CLERK, U.S. DISTRICT COURT
10/15/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: asi DEPUTY

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
& Chief, Criminal Division
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0762
E-mail: haoxiaohan.cai@usdoj.gov

ERIKA V. SUHR
SIOBHAN M. NAMAZI
Trial Attorneys
National Fraud Enforcement Division
U.S. Department of Justice

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN YOUNG, aka "Pablo," and DAVID YOUNG, aka "Sancho Lopez",<br><br>Defendants. | No. 26-MJ-5996-DUTY<br><br><u>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING EXHIBITS TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DETENTION FOR DEFENDANTS NATHAN YOUNG AND DAVID YOUNG; DECLARATION OF ERIKA V. SUHR</u> |

The government hereby applies <u>ex parte</u> for an order that the exhibits to its Memorandum of Points and Authorities in Support of Detention for Defendants Nathan Young and David Young be filed under seal.

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Trial Attorney Erika V. Suhr.

Dated: October 15, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER WAIER
Chief Assistant United States Attorney & Chief, Criminal Division

/s/
ERIKA V. SUHR
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF ERIKA V. SUHR**

I, ERIKA V. SUHR, declare as follows:

1. I am a Trial Attorney in the U.S. Department of Justice, National Fraud Enforcement Division, Health Care Fraud Section. I represent the government in this matter, in which the government is moving for the detention of Defendants NATHAN YOUNG ("NATHAN") and DAVID YOUNG ("DAVID") (together "the YOUNGs").

2. The Exhibits attached to the Declaration of Erika V. Suhr (i.e., Exhibits A-J) in support of the government's Memorandum of Points and Authorities in Support of Detention for Defendants NATHAN YOUNG and DAVID YOUNG contain personal identifying information of the defendants and of others tangentially involved with the case. Moreover, the exhibits contain potentially identifying information regarding patients of substance abuse treatment facilities.

3. On October 14, 2026, I contacted the YOUNGs' attorney, Reuven Cohen, Esq. for his position. He asked for the exhibits to be sealed prior to opining. The government then transmitted Exhibits A-H to counsel and inquired again regarding sealing. As of the time of this filing, I have not received a position from Mr. Cohen with respect to this sealing application. Separately, on October 14, 2026, Mr. Charles J. Snyder contacted the government and advised that he would be appearing specially to represent DAVID YOUNG for the limited purpose of initial appearance and bail. The government advised Mr. Snyder that it sought to file exhibits to its detention request under seal because they contained PII and potential patient data. Mr. Snyder did not object to this request.

4. Accordingly, the government requests that the Exhibits to the Memorandum of Points and Authorities in Support of Detention for Defendants Nathan Young and David Young be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 15, 2026.

/s/

ERIKA V. SUHR